UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DESTINY JARAMILLO and
JONATHAN JARAMILLO,
as next friend of J.J., a minor,

     Plaintiffs,

                                      No. <u>1:25-cv-715</u>

vs.

GRANTS CIBOLA COUNTY SCHOOL BOARD,
SARAH HANDS and NICOLE CHAVEZ,

     Defendants.

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1343, 1367, 1441 and 1446, defendants Grants Cibola County School Board, Sarah Hands, and Nicole Chavez (collectively, the "Defendants") give Notice of Removal to this Court of the civil action filed in the Thirteenth Judicial District Court for the State of New Mexico, County of Cibola: *Destiny Jaramillo and Jonathan Jaramillo as next friend of J.J., a minor v. Grants Cibola County School Board, Sarah Hands, and Nicole Chavez*; Cause No. D-1333-CV-2025-00145, and as grounds therefor, state:

1.     On June 19, 2025, Plaintiffs filed a civil complaint (the "Complaint") in the Thirteenth Judicial District Court for the County of Cibola in the State of New Mexico in Cause No. D-1333-CV-2025-00145 against the Defendants (the "State Court Action"). A copy of the Complaint is attached as **Exhibit A**.

2.      On June 23, 2025, summonses were issued to each of the Defendants, and each Defendant was served on July 1, 2025.  Copies of said summonses are attached as **Exhibit B**.

3.      On June 23, 2025, Plaintiffs filed a Jury Demand, a copy of which is attached as **Exhibit C**.

4.      A review of the State Court Docket Registry shows no additional filed documents beyond the Complaint (Exhibit A), the Summonses (Exhibit B), and the Jury Demand (Exhibit C).

5.      All Defendants consent to the removal of this action and, therefore, there is unanimity among all Defendants in consenting to this removal.

6.      Pursuant to 28 U.S.C. § 1446(b)(2)(B) and (C), the Notice of Removal is filed within thirty (30) days after service of the Complaint on the last served defendant.

7.      Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be given to all adverse parties, and a copy of the Notice of Removal will be filed with the Clerk of the Thirteenth Judicial District Court, County of Cibola, State of New Mexico.

8.      28 U.S.C. § 1441(a) permits removal by a defendant of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction…".  Federal question jurisdiction exists in this matter pursuant to 28 U.S.C. § 1331 because: (1) Plaintiffs assert in Count 3 of the Complaint that Defendants violated Plaintiff J.J.'s federal constitutional rights for which they are liable under 42 U.S.C. § 1983 (**Exhibit A**, ¶¶ 59 – 67) and (2) Plaintiffs assert in Count 5 of the Complaint that the Defendants violated J.J.'s right to a free appropriate public education in violation of the Individuals With Disabilities Education Act.  **Exhibit A**, ¶¶ 82 – 89.

9. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, and 28 U.S.C. § 1331.

10. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the state law claims asserted in the Complaint at Count 1 (Negligence); at Count 2 (Violation of the New Mexico Civil Rights Act); at Count 4 (Negligence Per Se); at Count 6 (Malicious Abuse of Process); and at Count 8 (Intentional Infliction of Emotional Distress).[1]

11. A Civil Cover Sheet is attached hereto as **Exhibit D**.

Submitted by:

COPPLER LAW FIRM, P.C.
645 Don Gaspar Avenue
Santa Fe, New Mexico 87505
(505) 988-5656
gcoppler@coppler.com

/s/ Gerald A. Coppler
Gerald A. Coppler
John L. Appel
*Attorneys for Defendants Grants Cibola County School Board, Sarah Hands and Nicole Chavez*

### Certificate of Service

I HEREBY CERTIFY that on the 29th day of July 2025, I filed the foregoing electronically through the CM/ECF system. In addition, I served the following counsel of record and parties *pro se* by electronic mail or first-class mail as follows:

---

[1] The Complaint does not contain a Count 7.

McKade R. Loe, Esq.
ROSEBROUGH, FOWLES & FOUTZ, P.C.
101 West Aztec Ave., Suite A
Gallup, New Mexico 87305-1027
(505) 722-9121
mckade@rf-lawfirm.com

/s/ Gerald A. Coppler